# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6031 | **DATE** | 9/28/2004 |
| **CASE TITLE** | Bondi vs. Grant Thornton Intl., et. al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff's motion to remand to State Court is entered and briefed as follows: response by 10/28/04, reply by 11/4/04. Status hearing set for 11/17/04 is re-set to 12/15/04 at 9:00 a.m. Defendant Deloitte Touche Tohmatsu's agreed motion for an extension of time to 10/28/04 to answer or otherwise plead is granted. Defendant Grant Thornton LLP's motion to join in Grant Thornton International's motion to transfer venue is granted. Defendant Grant Thornton International and Grant Thornton LLP's motion to transfer, defendant Deloitte's motion for a stay pending a decision by the judicial panel on the MDL on whether to transfer the case and defendant Deloitte's motion to transfer and consolidate are entered and continued generally until the Court determines jurisdiction.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| ☐ | No notices required, advised in open court. | |
| ☐ | No notices required. | number of notices |
| ☐ | Notices mailed by judge's staff. | SEP 30 2004 date docketed |
| ☐ | Notified counsel by telephone. | |
| ✓ | Docketing to mail notices. | docketing deputy initials |
| ☐ | Mail AO 450 form. | |
| ☐ | Copy to judge/magistrate judge. | SEP 3 date mailed notice |

MF — courtroom deputy's initials

Date/time received in central Clerk's Office

mailing deputy initials

Document Number: 30

U.S. DISTRICT COURT CLERK
2004 SEP 29 PM 3:47
FILED-ED