Order Form (01/2005)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 04 C 6031 | DATE | 1/27/2005 |
| CASE TITLE | Bondi vs. Grant Thornton Intl | | |

**DOCKET ENTRY TEXT:**

The Court having been in receipt of a conditional transfer order from the MDL Panel, this case is hereby closed. Any pending dates or motions are terminated as moot. Docketing to mail notices.

[ For further detail see attached order.]

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | MF |