# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 04 C 6031 | **DATE** | 12/4/2012 |
| **CASE TITLE** | Bondi v. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

Defendant Grant Thornton LLP's Motion to Withdraw Attorney Theodore Z. Polley III as counsel [61] is granted. Grant Thornton International's Motion for Leave of Attorney David M. Cheifetz to Appear *Pro Hac Vice* [65] is also granted.

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | MF |