Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6031 | **DATE** | 12/6/2012 |
| **CASE TITLE** | Bondi v. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

In court hearing and ruling on motion hearing held. Defendants' motion to retain jurisdiction and enter judgment [58] is entered and briefed as follows: response by 1/4/13, reply by 1/25/13. Status hearing set for 2/27/13 at 9:30 a.m. Motion by counsel for plaintiff Bondi to withdraw is granted [69]. No appearance is needed on 12/13/12.

Docketing to mail notices.

00:05

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | MF |