# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 04-cv-6031 | **DATE** | 12/26/12 |
| **CASE TITLE** | Bondi v. Grant Thornton International | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for Reassignment of Related Case [72] is to be presented on January 15, 2013, at 9:30 a.m. No appearance is necessary on December 27, 2012. Defendant's Notice of Motion was erroneously docketed as a motion, therefore, [73] is denied as moot.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | mf |