# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 04 C 6031 | **DATE** | 1/15/2013 |
| **CASE TITLE** | Bondi v. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Defendant's Motion for Reassignment of Related Case is granted [72]. 06-cv-47, Parmalat Capital Finance Limited v. Grant Thornton International et al, is reassigned to this calendar as a related case. Status hearing set for 2/27/13 at 9:30 a.m. for ruling re: Defendants' motion to retain jurisdiction and enter judgment [58].

Docketing to mail notices.

00:05

| | |
|---|---|
| Courtroom Deputy Initials: | MF |