# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6031 | **DATE** | 4/9/2013 |
| **CASE TITLE** | Dr Enrico Bondi vs. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Grant Thornton's motion to retain jurisdiction and enter judgment is granted [58], and the Clerk of the Court shall enter final judgment in this case and the related case, Parmalat Capital Finance Limited v. Grant Thornton International et al, Case No. 06-cv-47, forthwith. Enter Memorandum Opinion and Order. Civil case closed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:05

| Courtroom Deputy Initials: | MF |
|---|---|