# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6031 | **DATE** | 4/25/2013 |
| **CASE TITLE** | Dr Enrico Bondi vs. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

In court hearing held. Plaintiff's motions to transfer case [87] and for extension for extension of time pursuant to Federal Rules of Appellate Procedure 4(a)(5)(A)(C) [90] are entered and briefed as follows: response by 4/30/13, no reply needed. Status hearing/ruling is set for 5/7/13 at 9:30 a.m.

Docketing to mail notices.

00:05

| Courtroom Deputy Initials: | MF |
|---|---|