**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Enrico Bondi
Plaintiff,
v.
Grant Thornton International, et al.
Defendant.

Case No.: 1:04−cv−06031
Hon. John W. Darrah

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 1, 2013:

MINUTE entry before Honorable John W. Darrah: Plaintiff is granted leave to file a reply brief (five pages in length) in support of the motion to transfer by 5/2/13. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.