Order Form (01/2005)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 04 C 6031 | **DATE** | 5/7/2013 |
| **CASE TITLE** | Dr Enrico Bondi vs. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. Defendants' emergency motion for leave to file Sur-reply in Opposition to Plaintiffs' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) [98] is denied as moot. Plaintiff's motion for an extension of time pursuant to Federal Rules of Appellate Procedure 4(a)(5)(A)(C) [90] is granted. Appeal shall be filed by 5/16/13. Status hearing set for 6/26/13 at 9:30 a.m.

Docketing to mail notices.

00:05

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | MF |