# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6031 | **DATE** | 5/14/2013 |
| **CASE TITLE** | Dr Enrico Bondi vs. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

In court hearing held. Plaintiff Enrico Bondi for entry of judgment under Rule 54(b) [102] is entered and briefed as follows: response on file, reply due by 5/17/13, sur-reply due by 5/21/13. Status hearing/ruling is set for 6/26/13 at 9:30 a.m. The time to file an appeal is extended to 7/3/13.

Docketing to mail notices.

00:05

| | |
|---|---|
| Courtroom Deputy Initials: | MF |

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 04 C 6031 | **DATE** | 5/14/2013 |
| **CASE TITLE** | Dr Enrico Bondi vs. Grant Thornton Intl, et al | | |

**DOCKET ENTRY TEXT**

In court hearing held. Plaintiff Enrico Bondi for entry of judgment under Rule 54(b) [102] is entered and briefed as follows: response on file, reply due by 5/17/13, sur-reply due by 5/21/13. Status hearing/ruling is set for 6/26/13 at 9:30 a.m. The time to file an appeal is extended to 7/3/13.

Docketing to mail notices.

00:05

| | |
|---|---|
| Courtroom Deputy Initials: | MF |