AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| Dr Enrico Bondi | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 04 C 6031 |
| Grant Thornton Intl, et al | ) | |
| *Defendant* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: For the reasons stated in the Court's 6/26/13 order, final judgment is entered in favor of defendants Grant Thornton International and Grant Thornton LLP, pursuant to FRCP 54(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Darrah on a motion to certify judgment.

Date: Jun 26, 2013

*Thomas G. Bruton, CLERK OF COURT*

*Melanie A. Foster*
_____
*Signature of Clerk or Deputy Clerk*