**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Dr Enrico Bondi | ) | Case No: 04 C 6031 |
| v. | ) | Judge: John W. Darrah |
| Grant Thornton Intl, et al | ) | |

**ORDER**

Ruling on motion hearing held. Joint Stipulated Motion to Supplement the Record on Appeal is granted [134]. The clerk shall supplement exhibits A through F [136, 137, 138] and Exhibits G through K [139] forthwith.

(T:) 00:05

Date: 2/18/14 /s/ Judge John W. Darrah