**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Dr Enrico Bondi | ) | Case No: 04 C 6031 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Grant Thornton Intl, et al | ) | |

**ORDER**

Pursuant to the 7th Circuit Court of Appeals orders [86, 87] in lead case 06-cv-47, Parmalat Capital Finance Limited v. Grant Thornton International et al, the clerk is hereby ordered to remand this case to the Circuit Court of Cook County, forthwith. Civil case closed.

Date: 7/24/14 /s/ Judge John W. Darrah